# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-20810
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 19, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

LUIS MIGUEL GUZMAN GALLEGOS,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:17-CR-490-1

Before JOLLY, COSTA, and HO, Circuit Judges.

PER CURIAM:[*]

Luis Miguel Guzman Gallegos argues that the written judgment should be corrected pursuant to Federal Rule of Criminal Procedure 36 to reflect that the $100 special assessment was remitted on the Government's motion. However, on March 15, 2018, after Gallegos filed his notice of appeal but before he filed his appellate brief, the district court entered an amended written judgment correcting such error. Because the district court has already

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-20810

granted the only relief sought by Gallegos, his appeal is moot, and this court lacks jurisdiction over it. *See United States v. Heredia-Holguin*, 823 F.3d 337, 340 (5th Cir. 2016) (en banc).

DISMISSED AS MOOT.